UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CASE NO. 9:17CR30-3 |
| | § | |
| JOSH BRYAN WOMACK | § | |

**ORDER ADOPTING FINDINGS OF FACT AND RECOMMENDATION
ON DEFENDANT'S GUILTY PLEA**

The Court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, for administration of a guilty plea under Rules 11 and 32 of the Federal Rules of Criminal Procedure. Judge Giblin conducted a hearing in the form and manner prescribed by Federal Rule of Criminal Procedure 11 and issued his Findings of Fact and Recommendation on Guilty Plea Before the United States Magistrate Judge [Doc. #145]. The magistrate judge recommended that the Court accept the defendant's guilty plea and conditionally accept the plea agreement. He further recommended that the Court finally adjudge the defendant as guilty on Count One of the charging Information filed against the defendant in this cause.

The parties have not objected to the magistrate judge's findings. The Court **ORDERS** that the Findings of Fact and Recommendation on Guilty Plea [Doc. #145] of the United States Magistrate Judge are **ADOPTED**. The Court accepts the defendant's plea, but defers acceptance of the plea agreement and plea agreement addendum until after review of the presentence report. The Court further **ORDERS** the defendant's attorney to read and discuss the presentence report with the defendant, and file any necessary objections to the report before the date of the sentencing hearing.

It is further **ORDERED** that, in accordance with the defendant's guilty plea and the magistrate judge's findings and recommendation, the defendant, Josh Bryan Womack, is adjudged as guilty on Count One of the Information charging violations of 21 U.S.C. § 846.

So **ORDERED** and **SIGNED** this **12** day of **December, 2017.**

_____
Ron Clark, United States District Judge